| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __12/6/2022____ |
| DONCOUSE,<br><br>               Plaintiff,<br><br>-against-<br><br>MOCHINUT EAST VILLAGE INC. and 124 SECOND AVENUE LLC,<br><br>               Defendants. | 22-cv-4002 (ALC)<br><br>Order |

**ANDREW L. CARTER, United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:    **December 6, 2022**
           **New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**